UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 12-283 |
| CARL T. CAMPBELL | SECTION "N" |

## ORDER AND REASONS

Presently before the Court is a motion to vacate filed by Craig Jones pursuant to 28 U.S.C. §2255.  (*See* Rec. Doc. 153).  Having carefully considered the parties' submissions and applicable law, **IT IS ORDERED** that Mr. Campbell's motion is **DENIED** for essentially the reasons set forth in the Government's comprehensive and well-reasoned opposition memorandum (Rec. Doc. 659).

New Orleans, Louisiana, this <u>19th</u> day of <u>November</u>, 2015.

**KURT D. ENGELHARDT**
**United States District Judge**